# Exhibit 3

CAO

**FILED**
AUG 09 2013
**STATE TREASURER**

*New Jersey Department of the Treasury*
*Division of Revenue*
*Certificate of Change of Registered Office*
*or Registered Agent, or Both*
*(For Use by Limited Partnerships)*

0600090316

0600090316

LP NAME:
RESURGENT CAPITAL SERVICES L.P.

STATE OF ORIGINAL FORMATION
Delaware

**IMPORTANT - INCLUDE INFORMATION ON BOTH THE PRIOR AND NEW AGENT**

| PRIOR AGENT NAME: | NEW AGENT NAME: |
|---|---|
| The Corporation Company | Corporation Service Company |
| PRIOR AGENT STREET ADDRESS | NEW AGENT STREET ADDRESS |
| 820 Bear Tavern Road | 830 Bear Tavern Road |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| West Trenton | NJ | 08628 | West Trenton | NJ | 08628 |

The limited partnership states that the address of its new registered office and the address of its new registered agent are identical. Further, the changes designated on this form were authorized by resolution duly adopted by its general partners.

By  (Signature of General Partner)   Sole Manager    Title  (Type) Sole Manager
Robert Roderick  "Alegis Group LLC"
Date
8-6-13

FEES:  Change of Agent Name-$25.00      MAIL TO:  Dept. of the Treasury
Change of Agent Address-$25.00                    Div. of Revenue
Change of Both-$25.00                             CN 308
                                                  Trenton, NJ 08625

MAKE CHECKS PAYABLE TO THE DEPARTMENT OF THE TREASURER, DIVISION OF REVENUE (NO CASH PLEASE)

LP-102A (10/94)

AMC

New Jersey Division of Revenue

**Amended Foreign Limited Partnership Certificate**
NJSA 42:2A-58

**FILED**
APR 04 2013
**STATE TREASURER**

1. The name of the Foreign Limited Partnership is:   Resurgent Capital Services L.P.

2. Foreign Limited Partnership Number:   0600090316

   0600090316

3. The date of filing of the original Foreign Limited Partnership certificate is:   May 4, 2000

4. Article   9   of the Certificate of Foreign Limited Partnership is hereby amended to read as follows:

   The mailing address of the Limited Partnership is
   55 Beattie Place
   Suite 110, MS 425
   Greenville, SC 29601

5. Other Provisions:

   The effective date of this amendment is April 15, 2013.

Signature: _____   Date: 3/27/2013
General Partner:

Name: Robert A. Roderick
Title: Sole Manager, Aegis Group, LLC

NJ Division of Revenue, PO Box 308, NJ 08646