# Exhibit 4

| Mail to: | PO Box 308 | STATE OF NEW JERSEY | Overnight to: | 33 West State St. |
|---|---|---|---|---|
| | Trenton, NJ 08646 | DIVISION OF REVENUE | | 5th Floor |
| | | | | Trenton, NJ 08608-1214 |

**"FEE REQUIRED"**  PUBLIC RECORDS FILING FOR NEW BUSINESS ENTITY

Fill out all information below INCLUDING INFORMATION FOR ITEM 11, and sign in the space provided. Please note that once filed, this form constitutes your original certificate of incorporation/formation/registration/authority, and the information contained in the filed form is considered public. Refer to the instructions for delivery/return options, filing fees and field-by-field requirements. Remember to remit the appropriate fee amount. Use attachments if more space is required for any field, or if you wish to add articles for the public record.

1. Business Name: **CACH, LLC**

2. Type of Business Entity: **F L C**
(See Instructions for Codes. Page 21, Item 2)

3. Business Purpose: **Debt Purschaser**
(See Instructions, Page 22, Item 3)

4. Stock (Domestic Corporations only; LLCs and Non-Profit leave blank):

5. Duration (If Indefinite or Perpetual, leave blank): **FLC**

6. State of Formation/Incorporation (Foreign Entities Only): **COLORADO**

7. Date of Formation/Incorporation (Foreign Entities Only): **3/21/2005**

FILED
JUL 14 2017
STATE TREASURER

8. Contact Information:
Registered Agent Name: **Corporation Service Company**

Registered Office:
(Must be a New Jersey street address)
Street **Princeton S. Corporate Ctr, Ste 160 / 100 Charles Ewing Blvd**
City **Ewing**  Zip **08628**

Main Business or Principal Business Address:
Street **625 Pilot Road, Suite 21**
City **Las Vegas**  State **NV**  Zip **89119**

9. Management (Domestic Corporations and Limited Partnerships Only)
- For-Profit and Professional Corporations list initial Board of Directors, minimum of 1:
- Domestic Non-Profits list Board of Trustees, minimum of 3:
- Limited Partnerships list all General Partners.

0600443106

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |

The signatures below certify that the business entity has complied with all applicable filing requirements pursuant to the laws of the State of New Jersey.

10. Incorporators (Domestic Corporations Only, minimum of 1)

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |

Signature(s) for the Public Record (See instructions for Information on Signature Requirements)

| Signature | Name | Title | Date |
|---|---|---|---|
| [signed] Lewis Jackson Walker, III | Lewis Jackson Walker, III | Vice President & Secertary | 7/12/2017 |

- 23 -