<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LARA M. SANDERS, *on behalf of herself and all other similarly situated consumers*,<br><br>        Plaintiff,<br><br>    v.<br><br>CACH, LLC, RESURGENT HOLDINGS LLC, and RESURGENT CAPITAL SERVICES L.P.,<br><br>        Defendants. | Case No: 19-996 (SDW) (JAD)<br><br><br>**ORDER**<br><br><br>September 10, 2019 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendants CACH LLC, Resurgent Holdings LLC, and Resurgent Capital Services LP's (collectively "Defendants") Motion to Dismiss Plaintiff Lara M. Sanders' ("Plaintiff") Amended Complaint pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(2) and 12(b)(6), and this Court having carefully reviewed and considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated September 10, 2019,

**IT IS** on this 10th day of September, 2019

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 22) is **GRANTED in part, and DENIED in part**; and it is further

**ORDERED** that Plaintiff's 15 U.S.C. § 1692g(a) and breach of contract claims are dismissed against Defendants; and it is further

**ORDERED** that Plaintiff's claims against Defendant Resurgent Holdings LLC are dismissed without prejudice

**SO ORDERED.**

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:        Clerk
cc:           Joseph A. Dickson, U.S.M.J.
              Parties