...

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY    RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       GRAEME E. HOGAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com; mlittman@kdvlaw.com; ghogan@kdvlaw.com
**Attorneys for Defendants CACH, LLC and Resurgent Capital Services, L.P.**
_____

| | |
|---|---|
| LARA M. SANDERS, on behalf of herself and all other similarly situated consumers : : Plaintiff : : v. : CACH, LLC and RESURGENT CAPITAL : SERVICES, LP : Defendants : | CIVIL ACTION<br><br>NO. 2:19-cv-00996- JXN-JSA |

_____

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on December 6, 2021, Defendants CACH, LLC and Resurgent Capital Services, L.P. by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56 shall move for summary judgment in their favor against Plaintiff Lara Sanders.

The grounds for this Motion are that there is no question of material fact that Defendants are entitled to judgment in their favor and against Plaintiff on the Fair

1

Debt Collection Practices Act and Fair Credit Report Act claims pled in Plaintiff's Amended Complaint (Doc. #21).

**PLEASE TAKE FURTHER NOTICE** that this Motion is based on Defendants' accompanying Statement of Material Facts and Memorandum of Law, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered during further briefing on this Motion or at the Motion hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**WHEREFORE,** Defendants respectfully request that this Honorable Court grant judgment in their favor and against Plaintiff and for such other and further relief as this Honorable Court deems just.

        Respectfully submitted,

        KAUFMAN DOLOWICH & VOLUCK, LLP

BY:  /s/ Monica M. Littman
       RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       GRAEME E. HOGAN, ESQUIRE
       Four Penn Center
       1600 John F. Kennedy Blvd., Suite 1030
       Philadelphia, PA 19103
       (215) 501-7024 (phone)
       (215) 405-2973 (fax)
       rperr@kdvlaw.com; mlittman@kdvlaw.com;
       ghogan@kdvlaw.com

                               MESSER STRICKLER, LTD.

                By:    <u>/s/ Katherine M. Saldanha Olson (Pro Hac Vice)</u>
                               KATHERINE M. SALDANAH OLSON, ESQ.
                               225 W. Washington St., Ste. 575
                               Chicago, IL 60606
                               (v) 312-334-3444; (f) 312-334-3444
                               kolson@messerstrickler.com

Dated: November 12, 2021        *Attorneys for Defendants CACH, LLC and*
                               *Resurgent Capital Services, L.P.*

## **CERTIFICATE OF SERVICE**

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Lawrence Katz
Law Offices of Lawrence Katz
445 Central Avenue, Ste. 201
Cedarhurst, NY 11516
lawrencekatzone@gmail.com
*Attorney for Plaintiff*

    /s/ Monica M. Littman
    MONICA M. LITTMAN, ESQUIRE

Dated: November 12, 2021