# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LARA M. SANDERS, on behalf of herself and all other similarly situated consumers<br>Plaintiff<br>v.<br>CACH, LLC, and RESURGENT CAPITAL SERVICES, L.P.<br>Defendants | : : : : : : : : | CIVIL ACTION<br><br>NO. 2:19-cv-00996-JXN-JSA |

## ORDER

THIS MATTER, coming before the Court on Defendants CACH, LLC and Resurgent Capital Services, L.P.'s Motion for Summary Judgment;

**AND** the Court having reviewed the moving papers and any opposition thereto, and the Court having heard the argument of counsel, if any, and for good cause having been shown;

IT IS on this _____ day of _____, 20__, ORDERED, that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is hereby entered in favor of Defendants and against Plaintiff.

3. Defendants shall recover costs from Plaintiff.

_____
Julien Xavier Neals
United States District Judge