# EXHIBIT B

**newyorklawyer@msn.com**

| | |
|---|---|
| From: | Levi Huebner Esq |
| Sent: | Monday, December 4, 2017 8:02 PM |
| To: | Richard Russell |
| Cc: | Jules D. Zalon |
| Subject: | CACH v Lara Sanders settlement |
| Attachments: | Stipulation of Discontiuance 12-4-17.pdf; Stipulation of Discontiuance 12-4-17.docx; Check 12-4-17.pdf |

Dear Richard:

Sent herewith please find a copy of the check representing payment in full in the sum of $1,000 pursuant to the settlement and the Stipulation of Discontinuance. The foregoing was put in the FedEx box and should be going out tomorrow via FedEx Tracking Number: 8121-9489-7680.

Kindly file the Stipulation of Discontinuance with prejudice upon receipt of the payment.

Thank you for your consideration in this matter. Please feel free to contact the undersigned with any questions.

Very truly yours,
Levi Huebner

Levi Huebner & Associates, PC
*Attorneys and Counselors at Law*

535 Dean Street, Suite 100
Brooklyn, NY 11217
Tel:  (212) 354-5555
Fax: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from Levi Huebner & Associates, PC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

**From:** Richard Russell [mailto:rrussell@federatedlaw.com]
**Sent:** Wednesday, November 29, 2017 2:25 PM

**To:** Levi Huebner Esq <newyorklawyer@msn.com>
**Subject:** RE: CACH v Lara Sanders settlement

Dear Levi,

Pursuant to our telephone call this afternoon, the parties have agreed to the following:

1. The parties agree we will not appear at the hearing on the motion to dismiss, thereby allowing it to be denied
2. Lara Sanders will pay $1000 payable to "CACH LLC" for law firm file number 1034633.
3. We will file a Mutual Dismissal with Prejudice of all claims upon receipt of the payment.

Thank you for keeping this matter on track toward settlement,

Richard


Richard A. Russell, Esq.
Licensed in FL, GA, NV, UT

**FEDERATED LAW GROUP, PLLC**

887 Donald Ross Road
Juno Beach, Florida 33408
Phone: 561.354.9659

**This is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**Calls to and from Federated Law Group may be monitored and/or recorded for compliance purposes.**


CONFIDENTIAL NOTICE: The information and all attachments contained in this electronic communication are legally privileged and confidential information, subject to the attorney-client privilege, and intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you received this communication in error, please notify us immediately by telephone (800) 391-2178 and return the original message to us at the above listed address via electronic mail.  Also, please permanently remove any copies of this message from your system and do not retain any copies, whether in electronic or physical form or otherwise.

**From:** Levi Huebner Esq [mailto:newyorklawyer@msn.com]
**Sent:** Wednesday, November 29, 2017 11:12 AM
**To:** Richard Russell <rrussell@federatedlaw.com>
**Subject:** Re: CACH v Lara Sanders settlement

Dear Richard:

I should be back in the office within two hours. And review the language, but otherwise this will resolve the matter.

Best,
Levi

Sent from my iPhone

2
Sanders v. Cach P52

On Nov 29, 2017, at 10:42 AM, Richard Russell <rrussell@federatedlaw.com> wrote:

Levi,

Attached is the settlement for a single payment of $1000 as you offered.  The wording doesn't exactly fit but we won't file it….let's just file the mutual dismissal when it's paid.

Thanks,

Richard


**Richard A. Russell, Esq.**
Licensed in FL, GA, NV, UT

<image001.jpg>

887 Donald Ross Road
Juno Beach, Florida 33408
Phone:  561.354.9659

**This is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**Calls to and from Federated Law Group may be monitored and/or recorded for compliance purposes.**


CONFIDENTIAL NOTICE: The information and all attachments contained in this electronic communication are legally privileged and confidential information, subject to the attorney-client privilege, and intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you received this communication in error, please notify us immediately by telephone (800) 391-2178 and return the original message to us at the above listed address via electronic mail.  Also, please permanently remove any copies of this message from your system and do not retain any copies, whether in electronic or physical form or otherwise.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

<1034633 -STIP CACH v Lara Sanders.pdf>

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com