## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY    RICHARD J. PERR, ESQUIRE
        MONICA M. LITTMAN, ESQUIRE
        GRAEME E. HOGAN, ESQUIRE
Four Penn Center
1600 JFK Boulevard, Suite 1030
Philadelphia, PA  19103
(v) 215.501.7002; (f) 215.405.2973
e-mail:  rperr@kdvlaw.com; mlittman@kdvlaw.com;
ghogan@kdvlaw.com
**Attorneys for Defendants CACH, LLC and Resurgent Capital Services, L.P.**

| | |
|---|---|
| LARA M. SANDERS, on behalf of herself and all other similarly situated consumers, : : | CIVIL ACTION NO. 2:19-cv-00996-JXN-JSA |
| Plaintiff, : | |
| v. : | |
| CACH, LLC, and RESURGENT CAPITAL SERVICES, L.P., : : | |
| Defendants. : | |

### CERTIFICATION OF MONICA M. LITTMAN IN SUPPORT OF DEFENDANTS CACH, LLC AND RESURGENT CAPITAL SERVICES, L.P.'S MOTION FOR SUMMARY JUDGMENT

I, Monica M. Littman, of full age, hereby certify as follows:

1. I am an attorney at Kaufman Dolowich & Voluck, LLP, and admitted to practice law in the State of New Jersey as well as the United States District Court for the District of New Jersey.

2. My firm represents Defendants, CACH, LLC ("CACH") and Resurgent Capital Services, L.P. ("RCS") (collectively "Defendants"), in this case. I have personal knowledge of the facts stated herein.

1

3. This Certification is submitted in support of Defendants' Motion for Summary Judgment.

4. Exhibit A is a true and accurate copy of a Declaration of Kimberly Hannigan.

5. Exhibit 1 to Exhibit A is a true and accurate copy of the Limited Power of Attorney.

6. Exhibit 2 to Exhibit A is a true and accurate copy of the Bill of Sale and Sale File.

7. Exhibit 3 to Exhibit A is a true and accurate copy of the January 30, 2018 communications exchanged between Federated Law Group, PLLC and RCS.

8. Exhibit 4 to Exhibit A is a true and accurate copy of the letter dated January 30, 2018.

9. Group Exhibit 5 to Exhibit A are true and accurate copies of RCS's written policies.

10. Exhibit 6 to Exhibit A is a true and accurate copy of relevant portions of RCS's Agency Operations Manual.

11. Exhibit 7 to Exhibit A is a true and accurate copy of the credit reporting history for the Account.

12. Exhibit B is a true and accurate copy of Plaintiff's Document Production at Bates Number P51 to P53.

13. Exhibit C is a true and accurate copy of a transcript from a Status Conference that took place on August 6, 2020 in this case before this Court.

14. Exhibit D is a true and accurate copy of Plaintiff's Verified Supplemental Response to Interrogatory No. 7.

15. Exhibit E is a true and accurate copy of Plaintiff's Supplemental Response to Defendants' Request for Production.

16. Exhibit F is a true and accurate copy of Defendants' Requests for Production and Interrogatories.

In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                    Respectfully Submitted,

                                    **KAUFMAN DOLOWICH & VOLUCK, LLP**

By:   /s/ Monica M. Littman
        RICHARD J. PERR, ESQUIRE
        MONICA M. LITTMAN, ESQUIRE
        GRAEME E. HOGAN, ESQUIRE
        Four Penn Center
        1600 JFK Boulevard, Suite 1030
        Philadelphia, PA  19103
        (v) 215.501.7002; (f) 215.405.2973
        rperr@kdvlaw.com;
        mlittman@kdvlaw.com;
        ghogan@kdvlaw.com
        Attorneys for Defendants CACH, LLC and Resurgent Capital Services, L.P.

Dated:  November 12, 2021

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Lawrence Katz
Law Offices of Lawrence Katz
445 Central Avenue, Ste. 201
Cedarhurst, NY 11516
lawrencekatzone@gmail.com
*Attorney for Plaintiff*

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated: November 12, 2021