## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY    RICHARD J. PERR, ESQUIRE
         MONICA M. LITTMAN, ESQUIRE
         GRAEME E. HOGAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com; mlittman@kdvlaw.com; ghogan@kdvlaw.com
**Attorneys for Defendants CACH, LLC and Resurgent Capital Services, L.P.**

| | |
|---|---|
| LARA M. SANDERS, on behalf of herself and all other similarly situated consumers : : Plaintiff : v. : CACH, LLC, and RESURGENT : CAPITAL SERVICES, L.P. : Defendants : | CIVIL ACTION NO. 2:19-cv-00996-JXN-JSA **NOTICE OF MOTION TO SEAL UNDER LOCAL CIVIL RULE 5.3(c)(3)** |

**PLEASE TAKE NOTICE**, on December 6, 2021, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendants, CACH, LLC ("CACH") and Resurgent Capital Services, L.P. ("RCS"), shall apply to the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

Pursuant to Local Civ. Rule 5.3(c)(3):

(1) Maintaining confidential the following *items* under seal: (1) RCS' credit reporting policies and procedures and (2) portions of RCS's Agency Operations Manual. The aforementioned items are to be attached as Exhibit 5 and Exhibit 6,

1

respectively, to the Declaration of Kimberly Hannigan submitted in support of Defendants' Motion for Summary Judgment;

(2) That the *basis for sealing* the above items is that the items address certain confidential and proprietary information about RCS' policies and procedures with respect to credit reporting and third-party agencies with which it places collection accounts for servicing;

(3) That the *clearly defined and serious injury that would result if the relief is not granted* is that Defendants' competitors and unknown potential third party litigants would be able to use RCS' proprietary and confidential information to their advantage and to Defendants' detriment;

(4) That *why a less restrictive alternative to the relief sough is not available* as there is no less restrictive alterative available than complete redaction as no members of the public or Defendants' competitors can have access to RCS' confidential and proprietary business procedures and practices; and

(5) Defendants inquired of Plaintiff's counsel whether Plaintiff will consent to this Motion but as of the date and time of filing have not received a response; and

(6) For such other and further relief as this Court deems proper.

Defendants shall rely upon the Certification of Monica M. Littman, Esq., Index annexed thereto, and a proposed form of Order.

No oral argument requested unless opposition papers are filed.

        Respectfully submitted,

        KAUFMAN DOLOWICH & VOLUCK, LLP

BY: /s/ Monica M. Littman
   RICHARD J. PERR, ESQUIRE
   MONICA M. LITTMAN, ESQUIRE
   GRAEME E. HOGAN, ESQUIRE
   Four Penn Center
   1600 John F. Kennedy Blvd., Suite 1030
   Philadelphia, PA 19103
   (215) 501-7024 (phone)
   (215) 405-2973 (fax)
   rperr@kdvlaw.com; mlittman@kdvlaw.com;
   ghogan@kdvlaw.com

        MESSER STRICKLER, LTD.

By: /s/ Katherine M. Saldanha Olson (Pro Hac Vice)
   KATHERINE M. SALDANAH OLSON, ESQ.
   225 W. Washington St., Ste. 575
   Chicago, IL 60606
   (v) 312-334-3444; (f) 312-334-3444
   kolson@messerstrickler.com

Dated: November 12, 2021  *Attorneys for Defendants CACH, LLC and Resurgent Capital Services, L.P.*

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Lawrence Katz
Law Offices of Lawrence Katz
445 Central Avenue, Ste. 201
Cedarhurst, NY 11516
lawrencekatzone@gmail.com
*Attorney for Plaintiff*

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated: November 12, 2021

4870-2588-9283, v. 1