# INDEX

| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Orders Sealing the Materials at Issue | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Portions of RCS' Agency Operations Manual attached as Exhibit 6 to the Declaration of Kimberly Hannigan submitted in support of Defendants' Motion for Summary Judgment | Confidential and proprietary business information related to Defendants' internal practices and procedures. *See* Certification of Monica M. Littman at ¶¶7-8. | Defendants' competitors and unknown potential third-party litigants would be able to use Defendants' own internal proprietary and confidential information related to business practices and procedures to their own advantage and to the detriment of Defendants. *See* Certification of Monica M. Littman at ¶9. | No less restrictive alternative available as no members of the public can have access to Defendants' confidential, proprietary and internal documents reflecting Defendants' business practices and procedures. *See* Certification of Monica M. Littman at ¶10. | March 25, 2021 Order sealed unredacted version of December 4, 2020 Order discussing portions of RCS' Agency Operations Manual. *See* ECF No. 98; Certification of Monica M. Littman at ¶11. | Plaintiff has not provided a response to Defendants regarding Plaintiff's position regarding Defendants' request to seal. *See* Certification of Monica M. Littman at ¶12. |

| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Orders Sealing the Materials at Issue | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| RCS' Policies & Procedures relative to credit reporting attached as Exhibit 5 to the Declaration of Kimberly Hannigan submitted in support of Defendants' Motion for Summary Judgment | Confidential and proprietary business information related to Defendants' internal practices and procedures. *See* Certification of Monica M. Littman at ¶¶7-8. | Defendants' competitors and unknown potential third-party litigants would be able to use Defendants' own internal proprietary and confidential information related to business practices and procedures to their own advantage and to the detriment of Defendants. *See* Certification of Monica M. Littman at ¶9. | No less restrictive alternative available as no members of the public can have access to Defendants' confidential, proprietary and internal documents reflecting Defendants' business practices and procedures. *See* Certification of Monica M. Littman at ¶10. | None. *See* Certification of Monica M. Littman at ¶11. | Plaintiff has not provided a response to Defendants regarding Plaintiff's position regarding Defendants' request to seal. *See* Certification of Monica M. Littman at ¶12. |