UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARA M. SANDERS, on behalf of herself and all other similarly situated consumers : <br> Plaintiff : <br> v. : <br> CACH, LLC, and RESURGENT CAPITAL SERVICES, L.P. : <br> Defendants : | CIVIL ACTION <br><br> NO. 2:19-cv-00996-JXN-JSA |

## ORDER

THIS MATTER, having been opened to the Court by attorneys for Defendants CACH, LLC and Resurgent Capital Services, L.P. ("RCS"), on their Motion to Seal RCS' credit reporting policies and procedures and portions of RCS's Agency Operations Manual pursuant to Local Rule 5.3(c)(3):

**AND** the Court having reviewed the moving papers and any opposition thereto, and the Court having heard the argument of counsel, if any: and for good cause having been shown;

**AND** Defendants request that portions of the following *items* (for the following reasons) be sealed: (1) RCS' credit reporting policies and procedures and (2) portions of RCS's Agency Operations Manual, attached as Exhibit 5 and Exhibit 6, respectively, to the Declaration of Kimberly Hannigan submitted in support of Defendants' Motion for Summary Judgment;

**AND** the *basis for sealing* the above items is because it references confidential, proprietary and internal information reflecting the business practices of Defendants;

**AND** the *clearly defined and serious injury that would result if the relief is not granted* is that Defendants' competitors and unknown potential third-party litigants would be able to use Defendants' proprietary and confidential information to their advantage and to Defendants' detriment;

**AND** *a less restrictive alternative to the relief sought is not available* as there is no less restrictive alterative available than complete redaction as no members of the public or Defendants' competitors should have access to Defendants' confidential, proprietary, and internal information reflecting its business practices;

**AND** the Court having reviewed the opposition, if any;

IT IS on this _____ day of _____, 20__, ORDERED, that:

1. The Motion to Seal is hereby GRANTED.

2. That RCS' credit reporting policies and procedures and portions of RCS's Agency Operations Manual, attached as Exhibit 5 and Exhibit 6, respectively, to the Declaration of Kimberly Hannigan submitted in support of Defendants' Motion for Summary Judgment shall remain SEALED.

_____
J.